## Commonwealth *v.* Winkelblech, Appellant.

Argued March 9, 1970. *Victor Dell'Alba,* with him *Dell'Alba, Gailey & Bupp,* for appellant; *J. Patrick Clark,* First Assist-

and District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.